No. 1248. HESMER FOODS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *Harry P. Dees* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.

No. 1251. SWAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Julian Herndon, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1256. KOEHRING CO. *v.* HYDE CONSTRUCTION CO., INC. C. A. 10th Cir. Certiorari denied. *Steven E. Keane, Maurice J. McSweeney,* and *William A. Denny* for petitioner. *Jack N. Hays* and *Charles Clark* for respondent.

No. 1258. CONTINENTAL MARKETING CORP. *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 10th Cir. Certiorari denied. *Lewis B. Kean* and *H. Byron Mock* for petitioner. *Solicitor General Griswold, Philip A. Loomis, Jr.,* and *David Ferber* for respondent.

No. 1260. WYETH-SCOTT CO. *v.* SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES ET AL. (DRIGGERS ET AL., real parties in interest). Ct. App. Cal., 2d App. Dist. Certiorari denied. *Francis L. Young, Jr.,* and *Thomas S. Jackson* for petitioner. *Hillel Chodos* for respondent Driggers, and *William E. Burby, Jr.,* for respondent B & B Supply Co.

No. 1114. ARKEY *v.* OHIO. Sup. Ct. Ohio. Motion to dispense with printing petition granted. Certiorari denied. *Frank Spiegel* for petitioner. *John T. Corrigan* for respondent.